# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
aolcese@karpf-law.com

March 12, 2026

**VIA ECF**
The Honorable Karoline Mehalchick, U.S.D.J.
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

> Re:    ***Rayshon Duncan v. Schiff's Food Service, Inc.***
> **Case No.: 25-2138**

Dear Judge Mehalchick:

I represent Plaintiff in the above-referenced matter. The parties have reached a resolution in this case and respectfully request the entry of a sixty (60) day order dismissing this action with prejudice, but without prejudice to the right of either party to seek relief if settlement is not consummated.

Your Honor's time and consideration in this regard is greatly appreciated.

Respectfully Submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Andrew R. Olcese*
Andrew R. Olcese, Esq.

Cc: All Counsel of Record (via ECF)

1